UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SUSANNE CEREVKA,

                Plaintiff,                              23 **CIVIL** 11261 (LJL)

      -against-                                     **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated February 19, 2025, the Court accordingly adopts in its entirety the Report and Recommendation for the reasons stated by Judge Tarnofsky therein, and grants Plaintiff's motion to remand for reconsideration of the medical opinion evidence, incorporating appropriate appreciation of Dr. Ting's treating relationship with Plaintiff and careful consideration of whether and to what extent Plaintiff's ability to function in structured settings, such as during brief medical appointments, and in lower stress situations, such as performing daily life activities, is probative of her capacity to cope with the stress of sustained activities in a work environment; as well as for development of the record regarding Plaintiff's expected rates of off-task behavior and absences.

**Dated:**  New York, New York

      February 24, 2025

                                                    **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                              **BY:**
                                              _____
                                                    **Deputy Clerk**